# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LYNETTE BARTHOLOMEW, | JUDGMENT IN A CIVIL CASE |
| v. |  |
| NCO FINANCIAL SYSTEMS, INC. | CASE NO: 2:08-CV-1236 GEB KJM |

**XX** – Clerk's entry of Judgment.  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the parties to this action have notified the court of Notice of Acceptance with Offer of Judgment filed with the court on July 14, 2008.

**JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT DATED JULY 14, 2008**

                        Victoria C. Minor
                        Clerk of Court

ENTERED: **July 21, 2008**

                      by:  /s/ D. Waggoner
                           Deputy Clerk