1  Debbie P. Kirkpatrick, Esq. (SBN207112)
2  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
   3667 Voltaire Street
3  San Diego, California 92106
   Telephone: (619) 758-1891
4  Facsimile: (619) 222-3667
5  dkirkpatrick@sessions-law.biz

6  Attorney for Defendant
7  NCO Financial Systems, Inc.

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 _____
   LYNETTE BARTHOLOMEW,             )
11                                  )    Case No.  08 CV 01236 GEB KJM
                                    )
12              Plaintiff,          )
        vs.                         )
13                                  )    STIPULATION TO VACATE
   NCO  FINANCIAL  SYSTEMS,  INC.,  a)
14 Pennsylvania corporation,        )
                                    )
15              Defendants.         )
16                                  )
                                    )
17 _____ )

18

19      Plaintiff, LYNETTE BARTHOLOMEW, filed the present action against

20 NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about June 3, 2008.

21 LYNETTE BARTHOLOMEW accepted NCO's Offer of Judgment on July 10,
22
23 2008.  The parties subsequently resolved the action in its entirety.  As part of said

24 resolution, the parties agree to vacate the judgment entered by this Court and to

25 dismiss the entire action with prejudice.
26
27      IT IS HEREBY STIPULATED by and between the parties to this action

28 through their designated counsel that the judgment entered in the above captioned

                            1
                  Stipulation to Vacate

1  action be vacated pursuant to Fed. R. Civ. Pro. 60.

2      IT IS FURTHER STIPULATED by and between the parties to this action

3

4  through their designated counsel that the above captioned action is dismissed with

5  prejudice pursuant to Fed. R. Civ. Pro. 41.

6

7  Dated: 8/18/08         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

8

9                         /s/Debbie P. Kirkpatrick
                          Debbie P. Kirkpatrick,
10                        Attorney for Defendant,
                          NCO Financial Systems, Inc.
11

12 Dated:8/18/08          KROHN & MOSS, LTD.

13

14                        /s/ Nicholas J. Bontrager
                          Nicholas J. Bontrager
15                        Attorney for Plaintiff,
                          Lynette Bartholomew
16

17

18 IT IS SO ORDERED.

19 Dated: 8/21/08         ____                        ____

20                        Hon. Garland E. Burrell, Jr.
                          United States District Judge
21

22

23

24

25

26

27

28

Stipulation to Vacate